OPINION — AG — ** CONSERVATION COMMISSION — POWER, AUTHORITY ** (1) THE OKLAHOMA CONSERVATION COMMISSION HAS EXPRESS STATUTORY AUTHORITY, 45 O.S. 470.1 [45-470.1] ET SEQ., TO ADMINISTER AN ABANDONED MINE RECLAMATION PROGRAM WITHIN THE CONTEMPLATION OF TITLE IV OF THE SURFACE MINING AND COAL RECLAMATION ACT OF 1977, PUBLIC LAW 95-87 (2) THE CONSERVATION DISTRICTS ARE NOT AUTHORIZED TO ADMINISTER THE STATE PROGRAM ASPECTS OF 'SMCRA' PERTAINING TO ABANDONED MINE RECLAMATION. (MINES, POWERS, MINING, JURISDICTION, AUTHORITY) CITE: 45 O.S. 740.1 [45-740.1], 45 O.S. 740.3 [45-740.3], 45 O.S. 740.4 [45-740.4], 30 U.S.C.A. 1201,30 U.S.C.A. 1232(A), 30 U.S.C.A. 1235 (CHARLES S. ROGERS)